# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DEBBIE HUGHEY, | : | No. 133 EM 2017 |
| Petitioner | : | |
| v. | : | |
| WORKERS' COMPENSATION APPEAL BOARD (ANDORRA WOODS HEALTHCARE CENTER, GALLAGHER BASSETT SERVICES, ACE AMERICAN INSURANCE COMPANY, UNINSURED EMPLOYER'S GUARANTY FUND, AND REST HAVEN NURSING CENTER), | : | |
| Respondents | : | |
| DEBBIE HUGHEY, | : | No. 134 EM 2017 |
| Petitioner | : | |
| v. | : | |
| WORKERS' COMPENSATION APPEAL BOARD (ANDORRA WOODS HEALTHCARE CENTER, GALLAGHER BASSETT SERVICES, ACE AMERICAN INSURANCE COMPANY, UNINSURED EMPLOYER'S GUARANTY FUND, AND REST HAVEN NURSING CENTER), | : | |
| Respondents | : | |
| DEBBIE HUGHEY, | : | No. 135 EM 2017 |
| Petitioner | : | |
| v. | : | |

WORKERS' COMPENSATION APPEAL : 
BOARD (REST HAVEN NURSING : 
CENTER WHITEMARSH INC., : 
GALLAGHER BASSETT SERVICES, : 
ANDORRA WOODS HEALTHCARE, ACE : 
AMERICAN INSURANCE COMPANY : 
AND UNINSURED EMPLOYER'S : 
GUARANTY FUND CENTER), : 
: 
        Respondents : 

DEBBIE HUGHEY, :   No. 136 EM 2017
: 
        Petitioner : 
: 
: 
       v. : 
: 
: 
WORKERS' COMPENSATION APPEAL : 
BOARD (REST HAVEN NURSING : 
CENTER WHITEMARSH INC., : 
GALLAGHER BASSETT SERVICES, : 
ANDORRA WOODS HEALTHCARE, ACE : 
AMERICAN INSURANCE COMPANY : 
AND UNINSURED EMPLOYER'S : 
GUARANTY FUND CENTER), : 
: 
        Respondents : 

DEBBIE HUGHEY, :   No. 137 EM 2017
: 
       Petitioner : 
: 
: 
       v. : 
: 
: 
WORKERS' COMPENSATION APPEAL : 
BOARD (ANDORRA WOODS : 
HEALTHCARE CENTER, GALLAGHER : 
BASSETT SERVICES, ACE AMERICAN : 
INSURANCE COMPANY, UNINSURED : 
EMPLOYER'S GUARANTY FUND, AND :

REST HAVEN NURSING CENTER),              :
                                         :
                Respondents              :
                                         :
DEBBIE HUGHEY,                           :  No. 138 EM 2017
                                         :
                Petitioner               :
                                         :
                                         :
                                         :
                v.                       :
                                         :
                                         :
                                         :
WORKERS' COMPENSATION APPEAL             :
BOARD (ACE AMERICAN INSURANCE            :
COMPANY, ANDORRA WOODS                   :
HEALTHCARE CENTER, ESIS                  :
NORTHEAST WC CLAIMS, UNINSURED           :
EMPLOYER'S GUARANTY FUND),               :
                                         :
                Respondents              :

## ORDER


**PER CURIAM**

    **AND NOW**, this 26th day of January, 2018, the Petition for Review is DENIED.